

# United States District Court
# Eastern District of California

| CA Land Stewardship Council LLC | Case Number: 2:24-cv-00964-JAM-DMC |

Plaintiff(s)

V.

| County of Shasta, et al., |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Scott D. Crowell hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Redding Rancheria, a federally-recognized Indian Tribe.

On 10/20/1984 (date), I was admitted to practice and presently in good standing in the Arizona State Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have  ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Although no application has been made in the last year, please be aware that on 3/31/2021 I applied
Redding v. California et al., Case No.: 2:21-cv-00579-NODJ-SKO, pending before this Court, whic

Date: May 21, 2024            Signature of Applicant: /s/ Scott D. Crowell

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Scott D. Crowell |
| Law Firm Name: | Crowell Law Office-Tribal Advocacy Group |
| Address: | 1487 W. State Route 89A, Suite 8 |
| City: | Sedona     State: AZ     Zip: 86336 |
| Phone Number w/Area Code: | (425) 802-5369 |
| City and State of Residence: | Sedona, Arizona |
| Primary E-mail Address: | scottcrowell@clotag.net |
| Secondary E-mail Address: | scottcrowell@hotmail.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Sara A. Dutschke |
| Law Firm Name: | Kaplan Kirsch & Rockwell LLP |
| Address: | One Sansome Street, Suite 2910 |
| City: | San Francisco     State: CA     Zip: 94104 |
| Phone Number w/Area Code: | (415) 907-8706     Bar #: 244848 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 22, 2024          /s/ John A. Mendez
                             JUDGE, U.S. DISTRICT COURT